AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| AMERICAN KARATE INSTITUTE, INC., a Florida corporation, *Plaintiff(s)* | ) ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No.   1:26-cv-24559-JB |
| AMERICAN KARATE ACADEMY, INC, a Florida corporation, and LAZARO GARCIA, individually *Defendant(s)* | ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AMERICAN KARATE ACADEMY, INC.
14711 SW 42 Street
Suite 205
Miami, Florida 33185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christian Sanchelima, Esq.
Sanchelima & Associates, P.A.
235 SW 42nd Ave
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jul 2, 2026

Angela E. Noble
Clerk of Court

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| AMERICAN KARATE INSTITUTE, INC., a Florida corporation, *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No.   1:26-cv-24559-JB |
| AMERICAN KARATE ACADEMY, INC, a Florida corporation, and LAZARO GARCIA, individually *Defendant(s)* | ) ) ) ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lazaro Garcia
15267 Southwest 171st Street,
Miami, Florida 33187

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christian Sanchelima, Esq.
Sanchelima & Associates, P.A.
235 SW 42nd Ave
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jul 2, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court